UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHARLES ALAN OWEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:12-cv-00034-NT |
| | ) | |
| SPORTS GYMNASTICS FEDERATION, | ) | |
| OF RUSSIA, PUBLIC ORGANIZATION | ) | |
| REGISTERED IN THE RUSSIAN | ) | |
| FEDERATION | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 16, 2013 her

Report and Recommended Decision (ECF No. 47).  The Plaintiff filed his Objection to

the Report and Recommended Decision (ECF No. 48) on January 18, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision,

together with the entire record; I have made a de novo determination of all matters

adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the

recommendations of the United States Magistrate Judge for the reasons set forth in her

Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Motion to Vacate (ECF No. 43) be treated as a Rule 60(b) motion for relief from judgment and is DENIED.

3. It is further ORDERED that the Motion for Entry of Default (ECF No. 46) is DISMISSED as moot.

SO ORDERED.

/s/ Nancy Torresen
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 26th day of February, 2013.